| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: ___ Patents or _X_ Trademarks:

| DOCKET NO.<br><br>3:08–cv–01231–JLS–JMA | DATE FILED<br><br>7/7/08 | US District Court Southern District of California<br><br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>Coach Services, Inc. | | DEFENDANT<br><br>Elva's Perfumes , et al. |
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| **1.** 751,493 | **6.** 1,070,999 | **11.** |
| **2.** 1,071,000 | **7.** 1,309,779 | **12.** |
| **3.** 2,088,706 | **8.** 2,045,676 | **13.** |
| **4.** 3,157,972 | **9.** 2,626,565 | **14.** |
| **5.** 3,354,448 | **10.** 3,251,315 | **15.** |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |  |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|