Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         E U         DEPUTY
```

COACH SERVICES, INC., a
Maryland Corporation,

vs

ELVA'S PERFUMES aka
PERFUMES AND ESTUCHES
ORIGINALES, an unknown business
entity; ELVA SALIDO, an individual;
ROBERT FRANCIS, an individual;
ALMA ESTRADA, an individual;
FRANCISCO VILLA-LOZANO, an
individual; and DOES 1-10, inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1231 JLS JMA

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Brent H. Blakely
Cindy Chan
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038-2401
Telephone: (323) 464-7400; Facsimile: (323) 464-7410

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.          JUL 0 7 2008
     CLERK                           DATE

By  B. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR